**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-35295 |
| | ) | |
| VITAHEAT MEDICAL, LLC | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **January 11, 2019** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in , **Courtroom B**, in the **Park City Branch Court**, or any other courtroom he may occupy at **301 Greenleaf Avenue, Park City, Illinois**, **60085** and shall there present **TRUSTEE'S MOTION TO EMPLOY COUNSEL,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                                       Ilene F. Goldstein, as Trustee
                                                       for VITAHEAT MEDICAL, LLC
                                                       By:   /s/ Ilene F. Goldstein
                                                                One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595

# CERTIFICATE OF SERVICE

### Statement on service list regarding serving docs electronically

I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **Motion to Employ Counsel** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Motion to Employ Counsel**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on January 3, 2019

        /s/ Ilene F. Goldstein
         Ilene F. Goldstein

## SERVICE LIST

| | |
|---|---|
| **U.S. Trustee** | **Via Court's Electronic Notice for Registrants** |
| Stephen G. Wolfe | |
| Office of the U.S. Trustee, Region 11 | |
| 219 South Dearborn Street | |
| Room 873 | |
| Chicago, IL 60604 | |
| | |
| **Debtor's Counsel** | **Via Court's Electronic Notice for Registrants** |
| Lester A Ottenheimer, III | |
| Ottenheimer Law Group, LLC | |
| 750 Lake Cook Rd - Ste 290 | |
| Buffalo Grove, IL 60090 | |
| | |
| **Debtor(s)** | **Via First Class Mail** |
| VitaHeat Medical, Llc | |
| 21660 W. Field Parkway, #118 | |
| Deer Park    *60010* | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-35295 |
| | ) | |
| VITAHEAT MEDICAL, LLC | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

**TRUSTEE'S MOTION TO EMPLOY COUNSEL**

Ilene F. Goldstein, as Chapter 7 Trustee for the Estate of VITAHEAT MEDICAL, LLC  ("Trustee), moves this Court for the entry of an order authorizing the Trustee to employ Ilene F. Goldstein and the Law Offices of Ilene F. Goldstein, Chartered,  ("IFG Chtd."), pursuant to §327 of the Bankruptcy Code (11 U.S.C. §327).  In support of this motion the Trustee states as follows:

1.  On December 21, 2018 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

2.  Ilene F. Goldstein is the duly appointed, qualified and acting bankruptcy Trustee for the Bankruptcy Estate of VITAHEAT MEDICAL, LLC

3.  Ms. Goldstein, as Trustee seeks to employ legal counsel to provide the following services: the Debtor has  over $1.800,000.00 in debt; has interests in Patents, inventory, account receivables and other assets that will require liquidation and the Trustee needs to investigate these assets and  issues; to prepare on behalf

of the Trustee any necessary pleadings, legal documents and reports necessary in the administration of this case; and to provide any other legal services for the Trustee which may be necessary to administer this Estate.  Further it is necessary for the Trustee to employ an attorney for such professional services.

4.  The Trustee, Ilene F. Goldstein, seeks leave to employ Ilene F. Goldstein and  IFG Chtd. to act as Trustee's legal counsel in these bankruptcy proceedings.

5.  The Trustee seeks to employ Ilene F. Goldstein and IFG Chtd. on a general retainer, with compensation subject to further order of this court.  The hourly fee at IFG Chtd. ranges from  $50.00 to $350.00, which the Trustee believes is at or below the customary hourly rate for services of this nature.

6.  IFG Chtd. and Ilene F. Goldstein know of no representation of any interest adverse to the Trustee, the Debtors, their creditors or to the Estate in matters upon which they are to be engaged as set forth in counsel for the Trustee's Affidavit.

7.  The employment by the Trustee of legal counsel is in the best interests of this Estate.

WHEREFORE, Ms. Goldstein as Trustee prays for the entry of an order:

1.  Authorizing the Trustee to employ Ilene F. Goldstein and the Law Offices of Ilene F. Goldstein, Chartered  to act as her legal counsel retroative to December 30, 2018;

     2.   Authorizing the Trustee's employment of legal counsel on a general retainer with compensation subject to further order of this court.

DATED:   January 3, 2019

                                  Respectfully submitted,
                                  ILENE F. GOLDSTEIN, as Trustee for
                                VITAHEAT MEDICAL, LLC
                                By: /s/ Ilene F. Goldstein
                                     One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, IL 60062
(847) 562-9595