Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Period Ending:** 12/31/19

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  
**Claims Bar Date:** 05/31/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Wintrust Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 569.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Account at Wintrust Bank<br>   Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 11,875.00 | 0.00 | | 0.00 | FA |
| 3 | Four Licensed Patents; 9,877,526, 8,084,722, 7,0<br>   Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 850,000.00 | 850,000.00 | | 0.00 | 0.00 |
| 4 | Four Trademarks: VitaHEAT VitaHEAT Medical Under<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 5 | www.VitaHEATmedical.com.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | See #60.<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Possible cause of action v. 3M, Breach of Agreem<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | Unknown |
| 8 | A/R 90 days old or less. Face amount = $9,200.00<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 9,200.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG
**Case Name:** VITAHEAT MEDICAL, LLC

**Period Ending:** 12/31/19

**Trustee:** (330290)   ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 12/21/18 (f)
**§341(a) Meeting Date:** 01/17/19
**Claims Bar Date:** 05/31/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | A/R 90 days old or less. Face amount = $6,000.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $4,600.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,600.00 | 0.00 | | 0.00 | FA |
| 11 | A/R 90 days old or less. Face amount = $2,100.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,100.00 | 2,100.00 | | 2,100.00 | 0.00 |
| 12 | A/R 90 days old or less. Face amount = $28,900.0<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 28,900.00 | 0.00 | | 0.00 | FA |
| 13 | 30" Flatscreen TV from 2013 HP Computer from 201<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2 Asus Q301L computers (2014) 2 DELL Latitude co<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Raw Materials: Various, Net Book Value: $0.00<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 75,252.14 | 0.00 | | 0.00 | FA |
| 16 | Finished goods: 198 - Power adapter units ($1,11<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 221,330.34 | 71,330.34 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Period Ending:** 12/31/19  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  
**Claims Bar Date:** 05/31/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Finished goods: ju - rower adapter units (altera<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 28,396.80 | 0.00 | | 0.00 | FA |
| 18 | Finished goods: 38 - Matress ($494.90 each), Net<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 18,806.20 | 0.00 | | 0.00 | FA |
| 19 | Finished goods: 70 - Controllers ($157.47 each),<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 11,022.97 | 0.00 | | 0.00 | FA |
| 20 | Finished goods: - vitai-itAi Litium ion Battery<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 4,774.00 | 0.00 | | 0.00 | FA |
| 21 | Finished goods: - vitai-itAi Litnium Ion Battery<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 2,387.00 | 0.00 | | 0.00 | FA |
| 22 | Finished goods: 502 -VitaH EAT Battery Charger (<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 65,445.74 | 0.00 | | 0.00 | FA |
| 23 | General customer list.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | Unknown |
| 24 | Pallet No: 1 - EOL Tester Pallet No: 2 - EOL Tes<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 44,000.00 | 0.00 | | 0.00 | FA |

Page: 4

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Period Ending:** 12/31/19

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  
**Claims Bar Date:** 05/31/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Refund of Insurance Premium (u) | Unknown | 894.00 | | 2,018.00 | FA |
| 26 | Potential D & O Claims | Unknown | Unknown | | 0.00 | Unknown |
| 27 | Account Receivable General | 0.00 | 0.00 | | 7,000.00 | FA |
| 27 | **Assets** **Totals** (Excluding unknown values) | **$1,385,659.19** | **$924,324.34** | | **$11,118.00** | **$0.00** |

RE PROP# 2   Wintrust swept thisaccount post petition. They did have a lien and filed a motion to modify (anull) the stay which was granted.  
RE PROP# 3   Licenses took back in bankruptcy  
RE PROP# 12  Account Payor in Reorganization  
RE PROP# 16  Stay modified

**Major Activities Affecting Case Closing:**

STATUS JANUARY 20, 2020: The trustee spent considerable time in attempting to sell the assets of the Debtor. Due to various actions of primarilly third parties it proved to be not feasible. The Trustee is evaluating possible claims against third parties and has hires special counsel to pursue those claims. Requests for Rule 2004 orders are forthcomimg.

**Initial Projected Date Of Final Report (TFR):** December 31, 2020     **Current Projected Date Of Final Report (TFR):** December 31, 2021

Printed: 02/12/2020 03:55 PM     V.14.50

**Form 2**

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Taxpayer ID #:** **-***3210  
**Period:** 01/01/19 - 12/31/19  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/19 | {25} | Konen Insurance Agency | Refund on Premium | 1290-000 | 1,124.00 | | 1,124.00 |
| 01/29/19 | {27} | Syracuse ASC LLC | Account Recievable | 1121-000 | 7,000.00 | | 8,124.00 |
| 01/29/19 | {11} | Sparrow (Hospital | Account Recievable | 1129-000 | 2,100.00 | | 10,224.00 |
| 06/01/19 | {25} | The Hartford | Refund of Insurancce premium | 1290-000 | 894.00 | | 11,118.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 11,118.00 | 0.00 | $11,118.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,118.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,118.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1066** | 11,118.00 | 0.00 | 11,118.00 |
|  | $11,118.00 | $0.00 | $11,118.00 |

{} Asset reference(s)