# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| **Case Number:** | 18-35295 ABG | **Trustee:** | (330290) ILENE F. GOLDSTEIN |
| --- | --- | --- | --- |
| **Case Name:** | VITAHEAT MEDICAL, LLC | **Filed (f) or Converted (c):** | 12/21/18 (f) |
|  |  | **§341(a) Meeting Date:** | 01/17/19 |
| **Period Ending:** | 12/31/21 | **Claims Bar Date:** | 05/31/19 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Checking Account at Wintrust Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 569.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Account at Wintrust Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 11,875.00 | 0.00 | | 0.00 | FA |
| 3 | Four Licensed Patents; 9,877,526, 8,084,722, 7,0<br>Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 850,000.00 | 850,000.00 | | 0.00 | FA |
| 4 | Four Trademarks: VitaHEAT VitaHEAT Medical Under<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | www.VitaHEATmedical.com.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | See #60.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Possible cause of action v. 3M, Breach of Agreem<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | Unknown |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Period Ending:** 12/31/21  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  
**Claims Bar Date:** 05/31/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | A/R = $9,200.00<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 9,200.00 | 0.00 | | 0.00 | FA |
| 9 | A/R 90 days old or less. Face amount = $6,000.00<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | A/R 90 days old or less. Face amount = $4,600.00<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,600.00 | 0.00 | | 0.00 | FA |
| 11 | A/R 90 days old or less. Face amount = $2,100.00<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,100.00 | 2,100.00 | | 2,100.00 | 0.00 |
| 12 | A/R 90 days old or less. Face amount = $28,900.0<br>  Orig. Asset Memo: Imported from original petition Doc# 1 (See Footnote) | 28,900.00 | 0.00 | | 0.00 | FA |
| 13 | 30" Flatscreen TV from 2013 HP Computer from 201<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | 2 Asus Q301L computers (2014) 2 DELL Latitude co<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  

**Period Ending:** 12/31/21  

**Claims Bar Date:** 05/31/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Raw Materials: Various, Net Book Value: $0.00<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 75,252.14 | 0.00 | | 0.00 | FA |
| 16 | Finished goods: 198 - Power adapter units ($1,11<br>   Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 221,330.34 | 71,330.34 | | 0.00 | FA |
| 17 | Finished goods: ju - rower adapter units (altera<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 28,396.80 | 0.00 | | 0.00 | FA |
| 18 | Finished goods: 38 - Matress ($494.90 each), Net<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 18,806.20 | 0.00 | | 0.00 | FA |
| 19 | Finished goods: 70 - Controllers ($157.47 each),<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 11,022.97 | 0.00 | | 0.00 | FA |
| 20 | Finished goods: - vitai-itAi Litium ion Battery<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 4,774.00 | 0.00 | | 0.00 | FA |
| 21 | Finished goods: - vitai-itAi Litnium Ion Battery<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,387.00 | 0.00 | | 0.00 | FA |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/21/18 (f)  
**§341(a) Meeting Date:** 01/17/19  

**Period Ending:** 12/31/21  

**Claims Bar Date:** 05/31/19  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Finished goods: 502 -VitaH EAT Battery Charger (<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 65,445.74 | 0.00 | | 0.00 | FA |
| 23 | General customer list.<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 24 | Pallet No: 1 - EOL Tester Pallet No: 2 - EOL Tes<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 44,000.00 | 0.00 | | 0.00 | FA |
| 25 | Refund of Insurance Premium (u) | 0.00 | 894.00 | | 2,018.00 | FA |
| 26 | Potential D & O Claims (u) | Unknown | Unknown | | 0.00 | Unknown |
| 27 | Account Receivable General | 0.00 | 0.00 | | 7,000.00 | FA |
| **27** | **Assets** **Totals** (Excluding unknown values) | **$1,385,659.19** | **$924,324.34** | | **$11,118.00** | **$0.00** |

RE PROP# 2    Wintrust swept thisaccount post petition. They did have a lien and filed a motion to modify (anull) the stay which was granted.  
RE PROP# 3    Licenses took back in bankruptcy  
RE PROP# 12    Account Payor in Reorganization  
RE PROP# 16    Stay modified

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

| Case Number: | 18-35295 ABG | Trustee: (330290) | ILENE F. GOLDSTEIN |
|---|---|---|---|
| Case Name: | VITAHEAT MEDICAL, LLC | Filed (f) or Converted (c): | 12/21/18 (f) |
| | | §341(a) Meeting Date: | 01/17/19 |
| Period Ending: | 12/31/21 | Claims Bar Date: | 05/31/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

STATUS JANUARY 20, 202I:  The Trustee filed a lawsuit against a third party sounding in part of breach of fiduciry duty . The next status date is February 19, 2021.

STATUS JANUARY 20, 2020: The trustee spent considerable time in attempting to sell the assets of the Debtor.  Due to various actions of primarilly  third parties it proved to be not feasible.  The Trustee is evaluating possible claims against third parties and has hires special counsel to pursue those claims.  Requests for Rule 2004 orders are forthcomimg.

**Initial Projected Date Of Final Report (TFR):** December 31, 2020    **Current Projected Date Of Final Report (TFR):** December 31, 2022

| | | Form 2 | | | | | Page: 1 |
| | | **Cash Receipts And Disbursements Record** | | | | | |

**Case Number:** 18-35295 ABG  
**Case Name:** VITAHEAT MEDICAL, LLC  

**Taxpayer ID #:** **-***3210  
**Period Ending:** 12/31/21  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4573 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 10,941.43 | | 10,941.43 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.94 | 10,924.49 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.34 | 10,908.15 |
| 03/03/21 | 10102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2021 FOR CASE #18-35295 | 2300-000 | | 5.08 | 10,903.07 |
| | | | **ACCOUNT TOTALS** | | 10,941.43 | 38.36 | **$10,903.07** |
| | | | Less: Bank Transfers | | 10,941.43 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 38.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$38.36** | |

{} Asset reference(s)                                                                                                    Printed: 03/04/2021 12:35 PM    V.20.27

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 18-35295 ABG
**Case Name:** VITAHEAT MEDICAL, LLC

**Taxpayer ID #:** **-***3210
**Period Ending:** 12/31/21

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Mechanics Bank
**Account:** ******1066 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/19 | {25} | Konen Insurance Agency | Refund on Premium | 1290-000 | 1,124.00 | | 1,124.00 |
| 01/29/19 | {27} | Syracuse ASC LLC | Account Recievable | 1121-000 | 7,000.00 | | 8,124.00 |
| 01/29/19 | {11} | Sparrow (Hospital | Account Recievable | 1129-000 | 2,100.00 | | 10,224.00 |
| 06/01/19 | {25} | The Hartford | Refund of Insurancce premium | 1290-000 | 894.00 | | 11,118.00 |
| 02/24/20 | 101 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/24/2020 FOR CASE #18-35295 | 2300-000 | | 6.13 | 11,111.87 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 8.88 | 11,102.99 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.74 | 11,085.25 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.12 | 11,068.13 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 18.86 | 11,049.27 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 18.24 | 11,031.03 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.04 | 11,013.99 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 18.77 | 10,995.22 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 17.57 | 10,977.65 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 16.95 | 10,960.70 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 19.27 | 10,941.43 |
| 01/19/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 10,941.43 | 0.00 |

Subtotals: **$11,118.00** **$11,118.00**

{} Asset reference(s)

Printed: 03/04/2021 12:35 PM V.20.27

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 18-35295 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | VITAHEAT MEDICAL, LLC | Bank Name: | Mechanics Bank |
| | | Account: | ******1066 - Checking Account |
| Taxpayer ID #: | **-***3210 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/21 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 11,118.00 | 11,118.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,941.43 | |
| | | | **Subtotal** | | 11,118.00 | 176.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,118.00** | **$176.57** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4573** | 0.00 | 38.36 | 10,903.07 |
| **Checking # ******1066** | 11,118.00 | 176.57 | 0.00 |
| | $11,118.00 | $214.93 | $10,903.07 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 03/04/2021 12:35 PM　　　V.20.27